IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERISOURCEBERGEN DRUG CORP., | : | CIVIL ACTION |
|     Plaintiff and | : | |
|     Counter-Defendant, | : | |
| | : | |
| v. | : | |
| | : | |
| KOHLL'S PHARMACY & HOMECARE, INC., | : | NO. 09-1166 |
|     Defendant and | : | |
|     Counter-Claimant. | : | |

## ORDER

AND NOW, this 25th day of October, 2012, upon consideration of the parties' motions for partial summary judgment (Docket Nos. 80-81) and the briefing related to those motions (Docket Nos. 83-85), it is hereby ORDERED that both motions are DENIED.

It is FURTHER ORDERED that a status conference in this matter is scheduled for Monday, November 19, at 11:30 a.m. in Chambers, Room 10613, in the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106, to discuss revised deadlines and the parties' trial preparations.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge